Dean J. URIOSTE, Petitioner,

v.

KAWASAKI MOTOR CORPORATION, U.S.A., Respondent.

No. 89SC102.

Supreme Court of Colorado,
En Banc.

May 8, 1990.

Wilcox & Ogden, Ralph Ogden, Denver.

Barrows & Sisson, P.C., Thomas H. Barrows, Steven P. Hemmerle, Denver.

Holland & Hart, Joseph W. Halpern, Michael J. Kennedy, Denver.

**ORDER OF COURT**

Upon consideration of the Stipulation for Dismissal with Prejudice of Writ of Certiorari filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Stipulation shall be, and the same hereby is, GRANTED.